**18-23173-CIV-LENARD/WHITE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL NO. 1:15-cv-21702-JAL
CRIM NO. 1:10-cr-20410-JAL-5

> FILED by _PG_ D.C.
>
> JUN 2 2 2018
>
> STEVEN M. LARIMORE
> CLERK U.S. DIST. CT.
> S.D. of FLA. – MIAMI

DEXTER EARL KEMP,                          :

           Petitioner,                  :

v.                                         :

UNITED STATES OF AMERICA,                  :

           Respondent.                  :

## MOTION TO REOPEN MOTION UNDER 28 U.S.C. § 2255 PURSUANT TO RULE 60(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES Petitioner, DEXTER EARL KEMP ("Kemp"), appearing *pro se,* and in support of this motion would show as follows:

## I. JURISDICTION

Jurisdiction is vested in this Court under Rule 60(b) of the Federal Rules of Civil Procedure ("FRCP Rule 60(b)"). FRCP Rule 60(b) "allows a party to seek relief from a final judgment, and request reopening of his case, under a limited set of circumstances." *Gonzalez v. Crosby*, 545 U.S. 524, 528 (2005).

Rule 60(b) provides:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1)     mistake, inadvertence, surprise, or excusable neglect;

(2)     newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3)     fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4)     the judgment is void;

(5)     the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6)     any other reason that justifies relief.

FRCP Rule 60(b)(1) - (b)(6).

This rule codifies inherent judicial powers that were previously exercised through a gaggle of common-law writs, which the rule abolishes. See *United States v. Beggerly*, 524 U.S. 38, 4345 (1998).

## II. <u>STATEMENT OF THE GROUNDS FOR REVIEW</u>

A.     Whether the District Court erred in dismissing Kemp's § 2255 Motion as time-barred.

B.     Whether the District Court failed to rule on the merits of Kemp's § 2255 Motion.

# III. STATEMENT OF THE CASE

## A.    Relevant Course of Proceedings and Disposition Below

On August 1, 2010, the government filed a Notice/Information to Establish Prior Conviction for increased punishment pursuant to 21 U.S.C. § 851 ("§ 851 Enhancement"). See Doc. 227.[1]

On November 9, 2010, a grand jury sitting in the United States District Court for the Southern District of Florida, Miami Division, returned a forty-six (46) count Superseding Indictment charging Kemp and other co-defendants. See Doc. 460. Count 1s charged Kemp with Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base ("Crack"), 500 Grams or More of Cocaine, and 50 Kilograms or More of Marijuana and 3-4 methylenedioxymethamphetamine (MDMA) ("Ecstasy"), in violation of 21 U.S.C. § 846. *Id.* Count 3s charged Kemp with Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana, in violation of 21 U.S.C. § 841(a)(1). *Id.* Counts 8s and 9s charged Kemp with Possession and Carrying a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). *Id.* Count 10s charged Kemp with Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1). *Id.*

---

[1]
"Doc." refers to the Docket Report in the United States District Court for the Southern District of Florida, Miami Division in Criminal No. 1:10-cr-20410-JAL-5, which is immediately followed by the Docket Entry Number.

On September 27, 2011, a 21-day jury trial commenced. See Doc. 825. On November 15, 2011, the jury returned a not guilty verdict on Count 9s and a guilty verdict on Counts 1s, 3s, 8s and 10s of the Superseding Indictment. See Doc. 950.

On February 13, 2012, Kemp was sentenced to a total term of 420 months' imprisonment, 8 years Supervised Release, no fine or restitution, and a Mandatory Special Assessment Fee of $400. See Docs. 1084, 1104.

On February 15, 2012, Kemp timely filed a Notice of Appeal. See Doc. 1087.

On February 17, 2012, the Court issued Judgment as to Kemp. See Doc. 1104. Accordingly, Kemp filed a Notice of Appeal re: Judgment on February 27, 2012. See Doc. 1150.

On November 15, 2013, the United States Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") issued an Order affirming Kemp's sentence and convictions. See Doc. 1364.

On May 4, 2015, Kemp filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"). See Doc. 1389.

On September 30, 2016, the Court issued an Order dismissing Kemp's § 2255 Motion as untimely. See Doc. 1406.

## B.   Statement of the Relevant Facts

### 1.   Offense Conduct

This case arose from local investigations by the Miami Gardens Police Department ("MGPD") into sales of crack cocaine, cocaine, marijuana, and MDMA/Ecstasy. In early 2009, MGPD detectives met with Federal Bureau of Investigation ("FBI") Agents Lionel Lofton ("Lofton") and Daniel Gaitan ("Gaitan") to enlist their assistance in investigating drug sales. The FBI used a confidential informant ("CI") to arrange drug purchases.

On May 11, 2009, the CI called defendant Shaheed Rashard Thompson ("Thompson") and asked to buy 7 grams of cocaine for $200. On May 20, 2009, the CI, wearing a body wire and under police surveillance, was told by Thompson to purchase 7 grams of cocaine from defendant Antwan Roshax Gray ("Gray"). The CI then arranged to purchase another 7 grams from Gray on May 27, 2009, when the CI wore a recorder and a hidden camera. On June 10, 2009, the CI arranged to purchase 21 grams of cocaine for $600 from Gray, but received a bag of "cut," consisting of lidocaine and caffeine, which is not cocaine. When the CI refused to confront Gray about the faux cocaine, the FBI terminated his services.

Based on the information given by the CI and his drug purchases from Gray, the use of surveillance, pole cameras, pen registers, and other investigative methods,

the FBI obtained a court order authorizing the wire intercept of Gray's mobile phone. The wire intercept commenced on August 28, 2009, and was extended for an additional thirty days until October 24, 2009. On October 23, 2009, the officers commenced another thirty-day, court-authorized intercept of Gray's other mobile phone. Approximately 8,000 mobile and "walkie-talkie" calls were recorded; FBI Agent Lofton listened to all of them. Agent Lofton qualified as an expert in deciphering the coded language used in the calls; he identified some of the drugs based on prices and interpreted words and phrases. FBI Agent Gaitan also listened to the calls and transcribed those calls admitted into evidence at trial. These wire intercepts recorded conversations between Gray and all of the defendants, with the exception of defendant Rahmin J. Jefferson ("Jefferson"), and consisted of discussions of drugs deals, sources, and deliveries.

2.     Trial Proceeding

On September 27, 2011, a 21-day jury trial commenced before Judge Joan A. Lenard. See Doc. 825.

FBI Agent Lofton testified Kemp was heard discussing drug dealing with Gray in the wiretapped calls. He was heard discussing marijuana, negotiating the purchase of it, and asking Gray to deliver drugs to a third party. Former co-defendant McMillian, who received drugs from Kemp from 2009 to 2010, testified that when he could not fill drug orders, he referred customers to Kemp. Sherline Richard ("Richard") testified Gray and Kemp met two or three times each week

and supplied each other with MDMA. Richard also observed Kemp carrying a semiautomatic gun equipped with a laser beam.

Several searches produced evidence used against Kemp during trial. On September 30, 2009, detectives observed Kemp's car departing from the house of a co-conspirator who later pled guilty; they stopped the vehicle because of excessively tinted windows. Kemp consented to a search and the detectives found MDMA pills and marijuana in the compartment behind the door handle. On November 18, 2009, while a search was occurring at Morley's home, officers again stopped Kemp for the excessively dark-tinted windows of his car. A drug dog alerted to marijuana in the trunk. A box containing 8 rounds of 9-millimeter cartridges was located in the compartment on the back of the front passenger's seat.

On March 23, 2010, FBI Agent Lofton and other FBI agents went to another house on the street of "the four" to locate Kemp. During a protective sweep of the house, the officers observed marijuana residue in an open bag, a small digital scale, a metal sifter, and a bottle of prescription pills on the bedside table. The officers also found 48 baggies of marijuana hidden behind the television in Kemp's bedroom, a photograph of a birthday cake for Kemp labeled "Boss," and a button stating "MGT, BOSS" (referring to rap group "Myrtle Grove Taliban"). In Kemp's closet the officers located a gun holster and a gun box for a Ruger 9-millimeter gun containing an empty magazine and magazine holder, the same caliber as ammunition found in Kemp's car on November 18, 2009. After waiving his *Miranda* rights, Kemp explained he had bought ammunition at a gun store in Hialeah, Florida, that did not conduct criminal background checks; the officers showed him the box for the Ruger 9-millimeter gun found in his bedroom, but Kemp insisted he no longer had it.

Finally, on November 15, 2011, the jury returned a not guilty verdict on Count 9s and a guilty verdict on Counts 1s, 3s, 8s and 10s of the Superseding Indictment. See Doc. 950. The case was referred to the Probation Office for the preparation of the Presentence Report ("PSR").

3. <u>Presentence Report Calculations and Recommendations</u>

The PSR calculated Kemp's Total Offense Level to be 30 and his Criminal History Category IV, establishing a guideline range of 135 to 168 months. However, Kemp was deemed to be a career offender, which placed his Total Offense Level to 37 and his Criminal History Category to VI, resulting in an imprisonment guideline range of 360 months to life.

4. <u>Sentencing Proceedings</u>

On February 13, 2012, a Sentencing Hearing was held. See Doc. 1084. The Court sentenced Kemp to a total sentence of 420 months imprisonment, 8 years supervised release, no fine or restitution, and a Mandatory Special Assessment Fee of $400.00. A timely Notice of Appeal was filed on February 15, 2012 [Appeal No. 12-10990] and February 27, 2012 [Appeal No. 12-11129]. See Docs. 1087 & 1150.

5. <u>Appellate Proceeding</u>

On Appeal, Kemp, along with other co-defendants named in Appeal No. 12-10990, challenged the following: (1) denial of their motions to suppress; (2) the admission of evidence under Federal Rule of Evidence 404(b); (3) the sufficiency of the evidence regarding Counts 1s, 5s, 8s, and 13s; (4) jury instructions; (5) the denial of motions to sever; and (6) various sentencing issues. On November 15, 2013, the Eleventh Circuit affirmed his sentence and convictions.

6.   Postconviction Proceedings

On May 4, 2015, Kemp filed a § 2255 Motion, and raised the following

grounds:

(1)   Failing to convey terms and conditions of government offered Plea Agreement;

(2)   Failing to argue that Kemp was erroneously classified as a career offender where his instant crime of Conviction under 21 U.S.C. § 841(a) contains no Penalty provision;

(3)   Appellate Counsel failed to raise meritorious issue that Kemp did not meet the criteria to be classified as a career offender;

(4)   Failing to argue that the residual clause of § 4B1.2 and § 994(h) are unconstitutionally vague;

(5)   Failing to contest defective § 851 Enhancement;

(6)   Failing to inform Kemp that he no longer faced a mandatory minimum of life imprisonment in light of the Fair Sentencing Act 2010;

(7)   Failing to inform the District Court that counsel was not prepared to proceed to trial for Kemp;

(8)   Failing to argue that Kemp did not have advanced knowledge that his co-defendant would use or carry a firearm on or about September 16, 2009 in violation of 18 U.S.C. § 924(c); and

(9)   Failing to object to a constructive amendment in the Jury Instructions.

See Doc. 1389.

Hence, on September 30, 2016, the Court issued an Order dismissing Kemp's

§ 2255 Motion as untimely. See Doc. 1406.

## IV. <u>DISCUSSION</u>

As a preliminary matter, Kemp respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *Campbell v. Air Jamaica Ltd.*, 760 F.3d 1165 (11th Cir. 2014) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."); *Haines v Kerner*, 404 U.S. 519, 520 (1972).

Kemp asks the Court to reconsider its ruling on his § 2255 Motion because: (1) his § 2255 Motion was timely filed; and (2) the District Court failed to rule on the merits of Kemp's § 2255.

### A.   **The District Court Erred in Dismissing Kemp's § 2255 Motion as Time-Barred.**

The one-year time limit for filing a section 2255 motion is not jurisdictional, but an affirmative defense. See *Day v. McDonough*, 547 U.S. 198, 205, 126 S. Ct. 1675, 1681, 164 L.Ed.2d 376 (2006). It can therefore be "waived" by the government. See *Green v. United States*, 260 F.3d 78, 85 (2d Cir. 2001). That said, the district court has the discretion to dismiss a motion as untimely *sua sponte* notwithstanding any government waiver. See *Day*, 547 U.S. at 209, 126 S. Ct. at 1684.

For a section 2255 motion to be timely, it must be filed within one year of the "latest" of one the four triggering dates described in paragraph 6 of section 2255. Paragraph 6 states:

10

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)　the date on which the judgment of conviction becomes final;

(2)　the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

(3)　the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)　the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

§ 2255 ¶ 6.

The main triggering date for filing a section 2255 motion is that found in ¶ 6(1) – "the date on which the judgment of conviction becomes final." The three other triggering dates – those found in ¶¶ 6(2), 6(3) and 6(4) – "reset[] the limitations period's beginning date, moving it from the time when the conviction became final . . . to the later date on which the particular claim accrued." *Wims v. United States*, 225 F.3d 186, 190 (2d Cir. 2000).

### ***When the Judgment of Conviction Becomes Final***

So when does "the judgment of conviction become[] final" under ¶ 6(1)? It depends. If the prisoner filed a petition for writ of certiorari following affirmance on

11

direct appeal, the judgment becomes final when the Supreme Court either denies certiorari or affirms on the merits. See *Clay v. United States*, 537 U.S. 522, 527 (2003). If certiorari is not sought following affirmance on direct appeal, the judgment becomes "final" when the 90-day period for filing a certiorari petition expires. *Id.*, 537 U.S. at 527.

In this case, the District Court dismissed Kemp's § 2255 Motion as time-barred, stating that:

> "Upon *de novo* review of the Report, Objections, the record in this case, the record in the criminal case, and the appellate docket, the Court finds that Movant did not file a writ of certiorari in the Supreme Court. (See Case No. 10-20410-Cr-Lenard (S.D. Fla.); Case No. 12-10990 (11th Cir.).) Consequently, his judgment of conviction became final on February 13, 2014, when the ninety-day period to file a petition for writ of certiorari expired. Pursuant to 28 U.S.C. § 2255(f), Movant had one year from that date to timely file a 2255 Motion. However, Movant did not file the instant Motion until April 29, 2015—more than two months after the applicable deadline. As such, the Motion is untimely and must be dismissed as time-barred. See 28 U.S.C. § 2255(f)."

See Doc. 1406 at 5-6.

Here, Kemp contends that the District Court was erred in dismissing his § 2255 as untimely for the following reason:

In Kemp's appeal, there was a Petition for Rehearing filed with the Eleventh Circuit. That petition was filed from the very same appeal and very same district court case [USCA No. 12-10990 for the appeal and USDC No. 10-20410 for the district

12

court case) as Kemp's. The Eleventh Circuit denied the Petition for Rehearing En Banc on May 22, 2014. Kemp filed his § 2255 Motionless than a year thereafter (May 4, 2015). *Under Clay v. United States*, 537 US 416 (2003) ( the petition should be deemed timely.

See Supreme Court Rule 13.3, which provides:

"The time to file a petition for a writ of certiorari runs from the date of entry of the judgment or order sought to be reviewed, and not from the issuance date of the mandate (or its equivalent under local practice). But if a petition for re-hearing is timely filed in the lower court by any party, the time to file the Petition for a Writ of Certiorari for all parties (whether or not they requested rehearing or joined in the petition for rehearing) runs from the date of the denial of the petition for rehearing or, if the petition for rehearing is granted, the subsequent entry of judgment."

In this case, Kemp did not file a Petition for Certiorari through counsel or *pro se*. He did, however, along with other co-defendants named in the appellate docket file the aforementioned Petition for Rehearing En Banc. See Exhibit 1. See also, *United States v. Thompson*, (No. 12-11856) (11th Cir. 2013), a consolidated appeal of the following defendants: (1) Artell Terrance Gray; (2) Jonathan Giovanni Morley; (3) Tremaine Edward Kale; (4) Dexter Earl Kemp; (5) Rahmin J. Jefferson; (6) Saheed Rasheed Thompson; and (7) Antwan Roshax Gray, challenging their convictions and sentences for drugs, firearm and identity-theft crimes. See Exhibit 2.

USCA Nos. 12-10990 and 12-11856's Petitions for *en banc* hearing was denied on May 22, 2014. Therefore, Kemp's § 2255 Motion filed on May 4, 2015 should have been deemed timely. See Exhibit 3.

**B.     The District Court Failed to Rule on the Merits of Kemp's § 2255 Motion.**

Courts have advanced numerous equitable considerations relevant to just determinations of rule 60(b) cases, which constitute the outlines of a modified rule. Decision on the merits is preferred, so that where there has been a default or dismissal with no decision on the merits, the court should resolve doubts in favor of relief. See *Klapprott v. United States*, 335 U.S. 601, 609, 615, modified, 336 U.S. 942 (1949). Under appropriate circumstances, relief should similarly be granted from consent judgments. The applicant for relief must show, of course, that his delay and neglect to use other remedial devices were justified. He must also show his good faith and diligence, and that he was deprived of a good claim or defense to his prejudice. Rule 60(b) gives no relief from free, informed choices. Courts also consider intervening rights, or prejudice to the other party, which prejudice should be discounted by the adversary's knowledge that the movant was unaware of all events until execution; prejudice can result from mere passage of time; and where rights or property have vested, relief is normally not allowed. Although there clearly is no strict rule, courts should consider prejudice to adverse parties or third persons in light of the injury

done to the applicant for relief and the burden on judicial administration of allowing new trials. Thus, the courts have taken account of the burden the judgment imposed upon the applicant.

In this case, Kemp was prejudiced when the District Court dismissed his § 2255 Motion without ruling on its merits. Kemp raised ineffective assistance of counsel, enumerating nine (9) negligence of attorney(s).

Ineffective assistance of counsel claims are cognizable in a § 2255 setting because they are of constitutional dimension. See *Kimmelman v. Morrison*, 477 U.S. 365, 371-79 and n.3 (1986); *Strickland v. Washington*, 466 U. S. 668 (1984).

The "reasonableness of counsel's challenged conduct" must be judged "on the facts of the particular case, viewed as of the time of counsel's conduct." *Lockhart v. Fretwell*, 506 U.S. 364, 371(1993)(citing *Strickland*, 466 U. S. at 690). In the course of the latter portion of this inquiry, the Court must consider not merely whether the outcome of the defendant's case would have been different, but also whether counsel's deficient performance caused the outcome to be unreliable or the proceeding to be fundamentally unfair. See *Lockhart*, 506 U. S. at 368-73. "Unreliability or unfairness does not result if the ineffectiveness of counsel does not deprive the defendant of any substantive or procedural right to which the law entitles him." *Lockhart*, 506 U. S. at 372. Thus, prejudice is measured by current law and not

15

by the law as it existed at the time of the alleged error. *Id.*

In the context of sentencing, prejudice means that but for counsel's error(s), acts and/or omissions, his sentence would have been significantly less harsh. See *Dell v. United States*, 710 F.3d 1267 (11th Cir. 2013).

Finally, in a ruling on a motion under § 2255, the District Court is required to hold a hearing "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255.

Here, Kemp was denied of his right to effective assistance of counsel and was not given the required hearing to prove his claims. Instead, his § 2255 Motion was dismissed as untimely and never considered on merits. This Court's review is needed to restore the uniform, and fair, applicability of federal habeas relief.

It is also important to note that Kemp recently learned about the Supreme Court's Rule 13.3 and that his § 2255 Motion is indeed timely. Therefore, Kemp seeks to reopen his previous proceeding under § 2255 to be ruled based on merits as he adopts by reference and in whole his arguments previously filed in his § 2255 Motion. See Doc. 1389.

# VI. <u>CONCLUSION</u>

For the above and foregoing reasons, Kemp should be granted relief in the first instance and reopen his previous § 2255 Motion. In the alternative, it is respectfully requested that the Court hold an evidentiary hearing so that Kemp may further prove her meritorious grounds for relief, resolve facts in dispute and expand an incomplete record.

Respectfully submitted,

Dated: June 19th, 2018,

DEXTER EARL KEMP
REG. NO. 83049-004
FCI COLEMAN MEDIUM
FEDERAL CORR. INSTITUTION
P.O. BOX 1032
COLEMAN, FL 33521
Appearing *Pro Se*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June ___, 2018, a true and correct copy of the above and foregoing Motion to Reopen a Previous Proceeding Under 28 U.S.C. § 2255 Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure was sent via U. S. Mail, postage prepaid, to Juan Antonio Gonzalez, Jr., Assistant U. S. Attorney at United States Attorney's Office - H.I.D.T.A., 11200 NW 20th Street, Suite 101, Miami, FL 33172.

DEXTER EARL KEMP

EXHIBIT 1:
COURT OF APPEALS DOCKET NO. 12-10990

## General Docket
## United States Court of Appeals for the Eleventh Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 12-10990 | **Docketed:** 02/27/2012 |
| USA v. Artrell Gray | **Termed:** 11/15/2013 |
| **Appeal From:** Southern District of Florida | **Case Handler:** Cohen, Julie F., CC |
| **Fee Status:** IFP Granted | (404) 335-6170 |

**Case Type Information:**
   1) Criminal
   2) Direct Criminal
   3) -

**Originating Court Information:**
   **District:** 113C-1 : 1:10-cr-20410-JAL-11
   **Court Reporter:** Lisa Edwards
   **Court Reporter:** Jill Hardy-Hobbs
   **Court Reporter:** Larry Herr
   **Court Reporter:** Unknown Reporter
   **Court Reporter:** Carl Schanzleh
   **Court Reporter:** Jean Vera
   **Court Reporter:** Judy Wolff
   **Sentencing Judge:** Joan A. Lenard, Senior U.S. District Court Judge
   **Date Filed:** 06/01/2010
   **Date NOA Filed:**
   02/21/2012

**Prior Cases:**

   11-10817     **Date Filed:** 02/25/2011     **Date Disposed:** 07/15/2011     **Disposition:** Dismissed

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 12-10990 | 12-11856 | 10/16/2012 | |
| Multi-Appeal | | | | |
| | 12-10990 | 12-10991 | 02/27/2012 | |
| | 12-10990 | 12-10992 | 02/27/2012 | |
| | 12-10990 | 12-11129 | 03/02/2012 | |
| | 12-10990 | 12-11233 | 03/07/2012 | |
| | 12-10990 | 12-11493 | 03/21/2012 | |
| | 12-10990 | 12-11916 | 04/11/2012 | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | Jeanne Marie Mullenhoff |
| | Plaintiff - Appellee | Direct: 305-961-9019 |
| | | [COR LD NTC US Attorney] |
| | | U.S. Attorney's Office |
| | | Firm: 305-961-9295 |
| | | 99 NE 4TH ST STE 523 |
| | | MIAMI, FL 33132 |
| | | |
| | | Wifredo A. Ferrer |
| | | [NTC US Attorney] |
| | | U.S. Attorney's Office |

Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Kelly S. Karase
Direct: 305-715-7642
[NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Kathleen Mary Salyer
[COR NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Anne Ruth Schultz
[COR NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Arimentha R. Walkins
Direct: 305-961-9091
[NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

versus

ARTRELL GRAY, a.k.a. Trelly

Defendant - Appellant

Orlando do Campo
Direct: 305-358-6600
[COR LD NTC CJA Appointment - DC]
do Campo & Thornton, PA
Firm: 305-358-6600
150 SE 2ND AVE STE 602
MIAMI, FL 33131

JONATHAN MORLEY (Federal Prisoner: 83284-004)

Defendant - Appellant

Ivy R. Ginsberg
Direct: 305-931-7408
[COR LD NTC CJA Appointment - DC]
Ivy R. Ginsberg, PA
Firm: 305-931-7408
3610 YACHT CLUB DR STE 605
AVENTURA, FL 33180-3543

Kenneth White
Direct: 305-442-4277
[COR LD NTC CJA Appointment -
DC]
Law Offices of Kenneth White
Firm: 305-442-4277
2937 SW 27TH AVE STE 101
MIAMI, FL 33133-3772

**TREMAINE EDWARD KALE**

Defendant - Appellant

Thomas John Butler
Direct: 305-673-3332
[COR LD NTC CJA Appointment -
DC]
Thomas Butler, Esq.
407 LINCOLN RD STE 300
MIAMI BEACH, FL 33139

**DEXTER EARL KEMP**

Defendant - Appellant

Allen P. Pegg
Direct: 305-459-6641
[COR LD NTC CJA Appointment -
DC]
Hogan Lovells US, LLP
600 BRICKELL AVE STE 2700
MIAMI, FL 33131

**RAHMIN J. JEFFERSON** (Federal Prisoner: 83766-004)

Defendant - Appellant

Mark Clifford Katzef
Direct: 305-931-9303
[COR LD NTC CJA Appointment -
DC]
Mark C. Katzef, PA
Firm: 305-931-9303
2999 NE 191ST ST STE 805
AVENTURA, FL 33180-3116

**SAHEED RASHEED THOMPSON**

Defendant - Appellant

William Mallory Kent
Direct: 904-398-8000
[COR LD NTC Retained]
Law Office Of William M. Kent
24 N MARKET ST STE 300
JACKSONVILLE, FL 32202

Henry H. Bolz, III
Direct: 305-529-8500
[NTC Retained]
Keller & Bolz, LLP
Firm: 305-529-8500
121 MAJORCA AVE STE 200
CORAL GABLES, FL 33134-4508

**ANTWAN ROSHAX GRAY**

Defendant - Appellant

Richard Aldo Serafini
Direct: 754-223-4718
[COR LD NTC CJA Appointment -
DC]
Serafini Law Office, LLC
Firm: 754-223-4718

100 SE 3RD AVE STE 2510
FORT LAUDERDALE, FL 33394

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTRELL TERRANCE GRAY,
a.k.a. Trelly,
JONATHAN GIOVANNI MORLEY,
a.k.a. Yoshi,
TREMAINE EDWARD KALE,
a.k.a. Main,
DEXTER EARL KEMP,
a.k.a. Boss,
a.k.a. Dex,
RAHMIN J. JEFFERSON,
a.k.a. "LT",
SAHEED RASHEED THOMPSON,
a.k.a. Barney,
a.k.a. Bob,
ANTWAN ROSHAX GRAY,
a.k.a. Sugie,

Defendants - Appellants.

| Date | Document | Description |
|---|---|---|
| 02/27/2012 | Open Document<br>3 pg, 286.91 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Artrell Gray on 02/21/2012. Fee Status: IFP Granted. |
| 03/02/2012 | Open Document<br>4 pg, 284.82 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Jonathan Morley on 02/21/2012. IFP Granted. |
| 03/02/2012 | Open Document<br>4 pg, 285.49 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Tremaine Edward Kale on 02/22/2012. Fee Status: IFP Granted. |
| 03/06/2012 | Open Document<br>1 pg, 55.37 KB | APPEARANCE of Counsel Form filed by Anne R. Schultz for USA. (ECF: Anne Schultz) |
| 03/07/2012 | | Added Attorney(s) Ivy R. Ginsberg for party(s) Appellant Jonathan Morley, in case 12-10990. |
| 03/12/2012 | Open Document<br>2 pg, 329.05 KB | APPEARANCE of Counsel filed by Ivy R. Ginsberg for Jonathan Morley. |
| 03/22/2012 | Open Document<br>3 pg, 160.43 KB | CJA 20 voucher issued by this court to Attorney Thomas F. Almon, Jr. for Appellant Tremaine Edward Kale. |
| 03/22/2012 | Open Document<br>4 pg, 461.39 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Dexter Earl Kemp on 02/27/2012. Fee Status: IFP Granted. |
| 03/22/2012 | Open Document<br>6 pg, 471.13 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Rahmin J. Jefferson on 03/01/2012. Fee Status: Fee Not Paid. |
| 03/22/2012 | Open Document<br>5 pg, 293.74 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Jonathan Morley. |
| 03/22/2012 | Open Document<br>1 pg, 97.34 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Saheed R. Thompson, Unknown Reporter, Pre-Trial Proceedings 10/04/2010. |
| 03/22/2012 | Open Document<br>1 pg, 97.34 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Saheed R. Thompson, Lisa Edwards, Trial 09/28/2011 , Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011, Trial 10/18/2011 - 10/20/2011, Trial 10/24/2011 - 10/28/2011, Trial 11/01/2011 - 11/03/2011, Trial 11/08/2011 - 11/10/2011, Trial 11/14/2011 , Sentencing 02/27/2012. |
| 03/22/2012 | Open Document<br>1 pg, 97.34 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Saheed R. Thompson, Larry Herr, Motion Hearing 11/01/2010. |
| 03/22/2012 | Open Document<br>1 pg, 97.34 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Saheed R. Thompson, Carl Schanzleh, Motion Hearing 02/10/2011. |
| 03/23/2012 | Open Document<br>4 pg, 379.04 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Saheed Rasheed Thompson on 03/06/2012. Fee Status: Fee Paid. |
| 03/23/2012 | Open Document<br>1 pg, 476.96 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Jonathan Morley, Jean Vera, Pre-Trial |

Proceedings 10/04/2010 , Motion Hearing 02/10/2011.

| 03/23/2012 | Open Document 1 pg, 476.96 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Jonathan Morley, Lisa Edwards, Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011, Trial 10/18/2011 - 10/21/2011, Trial 11/04/2011 , Trial 11/07/2011 - 11/10/2011, Trial 11/14/2011 , Sentencing 02/13/2012. |
|---|---|---|
| 03/23/2012 | Open Document 1 pg, 476.96 KB | Court Reporter Acknowledgment filed. Transcript Order: Lisa Edwards, 03/23/2012, Jonathan Morley, Trial 11/14/2011 , Trial 11/07/2011 - 11/10/2011, Sentencing 02/13/2012 , Trial 11/04/2011 , Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011, Trial 10/18/2011 - 10/21/2011 |
| 03/23/2012 | Open Document 1 pg, 476.96 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Jonathan Morley, Jill Hardy-Hobbs, Motion Hearing 10/20/2010. |
| 03/26/2012 | Open Document 1 pg, 65.73 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Dexter E. Kemp, Lisa Edwards, Pre-Trial Proceedings 07/23/2010, 04/04/2011, 08/26/2011, 09/21/2011, Trial 09/28/2011, Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011, Trial 10/18/2011 - 10/21/2011, Trial 10/25/2011 - 10/27/2011, Trial 11/01/2011 - 11/04/2011, Trial 11/07/2011 - 11/10/2011, Trial 11/14/2011, Sentencing 02/13/2012. |
| 03/26/2012 | Open Document 1 pg, 65.73 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Dexter E. Kemp, Judy Shelton, Motion Hearing 10/18/2010. |
| 03/26/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: Dexter E. Kemp, Dt. all Trans. Filed: 11/03/2011, Proceeding Type and Date: Motion Hearing 10/28/2011 |
| 03/26/2012 | Open Document 5 pg, 371.46 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Dexter Earl Kemp. |
| 03/27/2012 | Open Document 1 pg, 245.29 KB | USDC order allowing counsel of record to withdraw and appointing new counsel as to Appellant Tremaine Edward Kale was filed on 02/24/2012. Docket Entry 1146. Added Attorney(s) Thomas Butler for party(s) Appellant Tremaine Edward Kale, in case 12-10990.Counsel terminated: Attorney Thomas F. Almon Jr. for Appellant Tremaine Edward Kale in 12-10990. |
| 03/28/2012 | Open Document 1 pg, 54.13 KB | APPEARANCE of Counsel Form filed by Kathleen M. Salyer for USA (ECF: Kathleen Salyer) |
| 03/28/2012 | Open Document 1 pg, 45.83 KB | APPEARANCE of Counsel Form filed by William Mallory Kent for Saheed Rasheed Thompson. (ECF: William Kent) |
| 03/28/2012 | Open Document 1 pg, 101.81 KB | Court Reporter Acknowledgment filed. Transcript Order: Lisa Edwards, 03/22/2012, Saheed R. Thompson, Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011, Trial 09/28/2011 , Trial 10/18/2011 - 10/20/2011, Sentencing 02/27/2012 , Trial 10/24/2011 - 10/28/2011, Trial 11/01/2011 - 11/03/2011, Trial 11/08/2011 - 11/10/2011, Trial 11/14/2011 |

| 03/30/2012 | Open Document<br>1 pg, 55.37 KB | APPEARANCE of Counsel Form filed by Anne Ruth Schultz for USA. (ECF: Anne Schultz) |
| 03/30/2012 | Open Document<br>5 pg, 328.76 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Artrell Gray. |
| 03/30/2012 | Open Document<br>5 pg, 304.06 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Saheed Rasheed Thompson. |
| 04/02/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Unknown Reporter, Filer: Saheed R. Thompson, Dt. all Trans. Filed: 03/28/2012, Proceeding Type and Date: Pre-Trial Proceedings 10/04/2010. |
| 04/02/2012 | Open Document<br>4 pg, 57.3 KB | Appellee's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellee USA. (ECF: Kathleen Salyer) |
| 04/05/2012 | Open Document<br>1 pg, 118.84 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Tremaine E. Kale, Lisa Edwards, Trial 09/28/2011 - 11/14/2011, Sentencing 02/13/2012. |
| 04/05/2012 | Open Document<br>1 pg, 102.54 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Artrell Gray, Lisa Edwards, Trial 09/28/2011 - 11/14/2011, Sentencing 02/13/2012. |
| 04/06/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Carl Schanzleh, Filer: Saheed R. Thompson, Dt. all Trans. Filed: 03/16/2012, Proceeding Type and Date: Motion Hearing 02/10/2011 |
| 04/06/2012 | Open Document<br>1 pg, 79.91 KB | Court Reporter Acknowledgment filed. Transcript Order: Judy Shelton, 03/26/2012, Dexter E. Kemp, Motion Hearing 10/18/2010 |
| 04/06/2012 | | USDC Motion requesting appointment of appellate counsel as to Appellant Rahmin J. Jefferson was filed on 03/27/2012. Docket Entry 1209. |
| 04/06/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Larry Herr, Filer: Saheed R. Thompson, Dt. all Trans. Filed: 03/23/2012, Proceeding Type and Date: Motion Hearing 11/01/2010 |
| 04/20/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: JONATHAN MORLEY, Dt. all Trans. Filed: 04/18/2012, Proceeding Type and Date: Trial 11/14/2011 , Sentencing 02/13/2012 , Trial 11/07/2011 - 11/10/2011, Trial 11/04/2011 , Trial 10/18/2011 - 10/21/2011, Trial 10/04/2011 - 10/06/2011, Trial 10/12/2011 - 10/14/2011 |
| 04/20/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Jill Hardy-Hobbs, Filer: JONATHAN MORLEY, Dt. all Trans. Filed: 11/03/2010, Proceeding Type and Date: Motion Hearing 10/20/2010 |
| 04/20/2012 | Open Document<br>1 pg, 1018.01 KB | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Judy Shelton, Filer: Dexter E. Kemp, Dt. all Trans. Filed: |

6/4/2018

04/07/2012, Proceeding Type and Date: Motion Hearing 10/18/2010

04/25/2012    Open Document
1 pg, 544.28 KB

TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: DEXTER E. KEMP, Dt. all Trans. Filed: 04/18/2012, Proceeding Type and Date: Trial 09/28/2011 , Trial 10/04/2011 - 10/06/2011, Pre-Trial Proceedings 04/04/2011 , Pre-Trial Proceedings 08/26/2011 , Pre-Trial Proceedings 07/23/2010 , Trial 10/12/2011 - 10/14/2011, Trial 10/18/2011 - 10/21/2011, Trial 10/25/2011 - 10/27/2011, Trial 11/01/2011 - 11/04/2011, Trial 11/07/2011 - 11/10/2011, Pre-Trial Proceedings 09/21/2011 , Trial 11/14/2011 , Sentencing 02/13/2012

04/25/2012    Open Document
1 pg, 111.07 KB

TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: ARTRELL TERRANCE GRAY, Dt. all Trans. Filed: 04/18/2012, Proceeding Type and Date: Trial 09/28/2011 - 11/14/2011, Sentencing 02/13/2012

04/25/2012    Open Document
1 pg, 111.35 KB

TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: SAHEED R. THOMPSON, Dt. all Trans. Filed: 04/18/2012, Proceeding Type and Date: Trial 10/04/2011 - 10/06/2011, Trial 10/18/2011 - 10/20/2011, Sentencing 02/27/2012 , Trial 10/24/2011 - 10/28/2011, Trial 09/28/2011 , Trial 11/01/2011 - 11/03/2011, Trial 11/14/2011 , Trial 11/08/2011 - 11/10/2011, Trial 10/12/2011 - 10/14/2011

04/25/2012    Open Document
1 pg, 601.49 KB

TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: TREMAINE E. KALE, Dt. all Trans. Filed: 04/18/2012, Proceeding Type and Date: Trial 09/28/2011 - 11/14/2011, Sentencing 02/13/2012

05/07/2012    Open Document
2 pg, 367.3 KB

USDC order allowing counsel of record to withdraw and appointing new counsel as to Appellant Rahmin J. Jefferson was filed on 04/11/2012. Docket Entry 1240. Added Attorney Attorney(s) Mark Clifford Katzef for party(s) Appellant Rahmin J. Jefferson, in case 12-10990.Counsel terminated: Attorney David Jonathon Joffe for Appellant Rahmin J. Jefferson in 12-10990.

05/07/2012    Open Document
3 pg, 153.67 KB

CJA 20 voucher issued by this court to Attorney Mark Clifford Katzef for Appellant Rahmin J. Jefferson.

05/07/2012    Open Document
3 pg, 288.87 KB

CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Antwan Roshax Gray on 04/06/2012. Fee Status: IFP Granted.

05/07/2012    Open Document
3 pg, 150.68 KB

CJA 20 voucher issued by this court to Attorney Richard Aldo Serafini for Appellant Antwan Roshax Gray.

05/07/2012    Open Document
3 pg, 151.82 KB

CJA 20 voucher issued by this court to Attorney Thomas Butler, Esq. for Appellant Tremaine Edward Kale.

05/18/2012    Open Document
4 pg, 357.99 KB

TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Rahmin J. Jefferson, Lisa Edwards, Sentencing 02/27/2012.

06/06/2012    Open Document
1 pg, 46.01 KB

Court Reporter acknowledgment not filed. Letter issued to Court Reporter Lisa Edwards as to Appellant Rahmin J.

| | | |
|---|---|---|
| | | Jefferson. Sent. Transcript is due to be filed in District Court 30 days from 05/15/2012. |
| 06/14/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Lisa Edwards, Filer: Rahmin J. Jefferson, Dt. all Trans. Filed: 06/14/2012, Proceeding Type and Date: Sentencing 02/27/2012 |
| 06/27/2012 | Open Document<br>2 pg, 42.74 KB | Briefing Notice issued to Appellants Antwan Roshax Gray, Artrell Gray, Rahmin J. Jefferson, Tremaine Edward Kale, Dexter Earl Kemp, Jonathan Morley and Saheed Rasheed Thompson. The appellant brief and record excerpts are due on or before 07/24/2012. |
| 07/13/2012 | Open Document<br>9 pg, 22.47 KB | *MOTION for extension of time to file appellants brief to 10/22/2012 at 05:00 pm. filed by Appellant Dexter Earl Kemp. Motion is Unopposed [6616414-1]* (ECF: Allen Pegg) |
| 07/13/2012 | Open Document<br>1 pg, 270.73 KB | APPEARANCE of Counsel Form filed by Mark Clifford Katzef for Rahmin J. Jefferson. |
| 07/17/2012 | Open Document<br>2 pg, 64.02 KB | ORDER: The joint motion for extension of time to file the Appellants' briefs and record excerpts, up to and including October 22, 2012, is GRANTED. [6616414-2] (BBM) |
| 10/05/2012 | Open Document<br>10 pg, 71.83 KB | *TIME SENSITIVE MOTION for extension of time to file appellants brief to 11/13/2012 at 05:00 pm. filed by Appellant Jonathan Morley. Motion is Unopposed [6684569-1]* (ECF: Ivy Ginsberg) |
| 10/05/2012 | Open Document<br>9 pg, 250.62 KB | *TIME SENSITIVE MOTION for extension of time to file appellants brief to 11/21/2012 at 11:59 pm. filed by Appellant Saheed Rasheed Thompson. Motion is Unopposed [6685272-1]* (ECF: William Kent) |
| 10/09/2012 | Open Document<br>9 pg, 896.9 KB | *MOTION for extension of time to file appellant's brief filed by Attorney Richard A. Serafini. [6687965-1]* |
| 10/12/2012 | Open Document<br>2 pg, 70.82 KB | ORDER: Appellants Artrell Terrance Gray and Jonathan Giovanni Morley's 2nd motions for extension of time to file their briefs and record excerpts, up to and including November 13, 2012, are GRANTED. Appellant Saheed Thompson's 2nd motion for extension of time to file his brief and record excerpts, up to and including November 21, 2012, is GRANTED. (BBM) |
| 10/12/2012 | Open Document<br>5 pg, 149.43 KB | *MOTION for extension of time to file appellants brief to 11/13/2012. filed by Appellant Tremaine Edward Kale. Opposition to Motion is Unknown [6690312-1]* (ECF: Thomas Butler) |
| 10/12/2012 | Open Document<br>8 pg, 20.04 KB | *MOTION for extension of time to file appellants brief to 11/13/2012 at 11:59 pm. filed by Appellant Dexter Earl Kemp. Motion is Unopposed [6690498-1]* (ECF: Allen Pegg) |
| 10/16/2012 | Open Document<br>2 pg, 66.29 KB | ORDER: Appellants Tremaine Edward Kale and Dexter Earl Kemp's 2nd motions for extension of time to file their briefs and record excerpts, up to and including November 13, 2012, are GRANTED. [6690498-2] [6690312-2] (BBM) |

| 10/18/2012 | Open Document<br>1 pg, 32.94 KB | Public Communication: A corrected copy of the court's October 12th order is being sent to the attorneys. [12-10990, 12-11856] |
|---|---|---|
| 10/19/2012 | Open Document<br>1 pg, 107.79 KB | APPEARANCE of Counsel Form filed by Jeanne M. Mullenhoff for USA (ECF: Jeanne Mullenhoff) |
| 10/19/2012 | | Added Attorney Jeanne Marie Mullenhoff for Appellee USA. [12-10990, 12-11856] |
| 10/19/2012 | | Appellant's Brief filed by Rahmin J. Jefferson. Deficiency: no Certificate of Compliance. Service date: 10/17/2012 [12-10990] Attorney for Appellant: Butler - US mail; Attorney for Appellant: Ginsberg - US mail; Attorney for Appellant: Kent - US mail; Attorney for Appellant: Pegg - US mail; Attorney for Appellant: Serafini - US mail; Attorney for Appellant: White - US mail; Attorney for Appellant: do Campo - US mail; Attorney for Appellee: Mullenhoff - US mail. |
| 10/19/2012 | | Record Excerpts filed [1 VOLUME - 5 sets] by Appellant Rahmin J. Jefferson. Service date: 10/17/2012 US mail - Attorneys for Appellants: Butler, Ginsberg, Kent, Pegg, Serafini, White, do Campo; Attorney for Appellee: Mullenhoff. |
| 10/24/2012 | Open Document<br>65 pg, 265.7 KB | E-Brief Tendered: Appellant brief for Appellant Rahmin J. Jefferson. |
| 11/05/2012 | Open Document<br>1 pg, 35.13 KB | Notice of deficient Appellant's Brief filed by Attorney Mark Clifford Katzef for Appellant Rahmin J. Jefferson. Deficiency: no Certificate of Compliance. |
| 11/13/2012 | Open Document<br>60 pg, 392.18 KB | Appellant's brief filed by Tremaine Edward Kale. Service date: 11/13/2012 [12-10990] Attorney for Appellant: Bolz - email; Attorney for Appellant: Butler - email; Attorney for Appellant: Ginsberg - email; Attorney for Appellant: Katzef - email; Attorney for Appellant: Kent - email; Attorney for Appellant: Pegg - email; Attorney for Appellant: Serafini - email; Attorney for Appellant: White - email; Attorney for Appellant: do Campo - email; Attorney for Appellee: Ferrer - US mail, email; Attorney for Appellee: Karase - US mail, email; Attorney for Appellee: Mullenhoff - US mail, email; Attorney for Appellee: Salyer - US mail, email; Attorney for Appellee: Schultz - US mail, email; Attorney for Appellee: Walkins - US mail, email. (ECF: Thomas Butler) |
| 11/15/2012 | | Record Excerpts filed [1 VOLUME - 5 sets] by Appellant Tremaine Edward Kale. Service date: 11/13/2012 US mail - Attorneys for Appellants: Ginsberg, Katzef, Kent, Pegg, Serafini, do Campo; Attorney for Appellee: Schultz. |
| 11/15/2012 | | Received paper copies of EBrief filed by Appellant Tremaine Edward Kale. |
| 11/21/2012 | Open Document<br>39 pg, 573.08 KB | Appellant's brief filed by Saheed Rasheed Thompson. Service date: 11/21/2012 [12-10990] Attorney for Appellant: Bolz - email; Attorney for Appellant: Butler - US mail; Attorney for Appellant: Ginsberg - US mail; Attorney for Appellant: Katzef |

|  |  |  |
|---|---|---|

- US mail; Attorney for Appellant: Kent - email; Attorney for Appellant: Pegg - US mail; Attorney for Appellant: Serafini - US mail; Attorney for Appellant: White - email; Attorney for Appellant: do Campo - US mail; Attorney for Appellee: Ferrer - US mail; Attorney for Appellee: Karase - US mail; Attorney for Appellee: Mullenhoff - email; Attorney for Appellee: Salyer - email; Attorney for Appellee: Schultz - email; Attorney for Appellee: Walkins - US mail. (ECF: William Kent)

11/26/2012    [Open Document]    Appellant's brief filed by Jonathan Morley. Service date:
85 pg, 307.6 KB    11/26/2012 [12-10990] Attorney for Appellant: Bolz - US mail; Attorney for Appellant: Butler - email; Attorney for Appellant: Ginsberg - email; Attorney for Appellant: Katzef - US mail; Attorney for Appellant: Kent - email; Attorney for Appellant: Pegg - email; Attorney for Appellant: Serafini - email; Attorney for Appellant: White - email; Attorney for Appellant: do Campo - US mail; Attorney for Appellee: Ferrer - US mail; Attorney for Appellee: Karase - US mail; Attorney for Appellee: Mullenhoff - email; Attorney for Appellee: Salyer - email; Attorney for Appellee: Schultz - email; Attorney for Appellee: Walkins - US mail. (ECF: Ivy Ginsberg)

11/26/2012    [Open Document]    Counsel for Appellant Rahmin J. Jefferson has been notified
1 pg, 34.11 KB    by letter that his corrected brief and a motion for leave to file it out of time are due within 14 days from this notice.

11/26/2012    [Open Document]    Appellant's brief filed by Antwan Roshax Gray. Service date:
61 pg, 168.46 KB    11/26/2012 [12-10990] Attorney for Appellant: Bolz - US mail; Attorney for Appellant: Butler - email; Attorney for Appellant: Ginsberg - email; Attorney for Appellant: Katzef - US mail; Attorney for Appellant: Kent - email; Attorney for Appellant: Pegg - email; Attorney for Appellant: Serafini - email; Attorney for Appellant: White - email; Attorney for Appellant: do Campo - US mail; Attorney for Appellee: Ferrer - US mail; Attorney for Appellee: Karase - US mail; Attorney for Appellee: Mullenhoff - email; Attorney for Appellee: Salyer - email; Attorney for Appellee: Schultz - email; Attorney for Appellee: Walkins - US mail. (ECF: Richard Serafini)

11/26/2012    [Open Document]    Appellant's brief filed by Dexter Earl Kemp. Service date:
51 pg, 102.48 KB    11/26/2012 [12-10990] Attorney for Appellant: Bolz - US mail; Attorney for Appellant: Butler - email; Attorney for Appellant: Ginsberg - email; Attorney for Appellant: Katzef - US mail, email; Attorney for Appellant: Kent - email; Attorney for Appellant: Pegg - email; Attorney for Appellant: Serafini - email; Attorney for Appellant: White - email; Attorney for Appellant: do Campo - US mail; Attorney for Appellee: Ferrer - US mail, email; Attorney for Appellee: Karase - US mail, email; Attorney for Appellee: Mullenhoff - email; Attorney for Appellee: Salyer - email; Attorney for Appellee: Schultz - email; Attorney for Appellee: Walkins - US mail, email. (ECF: Allen Pegg)

| 11/26/2012 | | Received paper copies of EBrief filed by Appellant Saheed Rasheed Thompson. |
| 11/26/2012 | | Record Excerpts filed [1 VOLUME - 5 sets] by Appellant Saheed Rasheed Thompson. Service date: 11/21/2012 US mail - Attorneys for Appellants: Butler, Ginsberg, Katzef, Pegg, Serafini, do Campo; Attorneys for Appellee: Mullenhoff, Salyer, Schultz. |
| 11/27/2012 | Open Document<br>63 pg, 490.94 KB | E-Brief Tendered: Appellant brief for Appellant Artrell Gray. |
| 11/28/2012 | Open Document<br>2 pg, 142.72 KB | CJA 20 voucher issued by this court to Attorney Ivy R. Ginsberg for Appellant Jonathan Morley. |
| 11/28/2012 | | Received paper copies of EBrief filed by Appellant Shaheed Rashard Thompson in 12-11856. [12-11856, 12-10990] |
| 11/28/2012 | | Record Excerpts filed [1 VOLUME - 5 sets] by Appellant Shaheed Rashard Thompson in 12-11856. Service date: 11/26/2012 US mail - Attorney for Appellee: Schultz. [12-11856, 12-10990] |
| 11/28/2012 | | Appellant's brief filed by Appellant Artrell Gray. Service date: 11/26/2012 US Mail - Attorney Schultz, Butler, Katzef, Kent, Mesnekoff, Pegg and Serafini. |
| 11/28/2012 | | Record Excerpts filed [1 VOLUMES - 5 sets] by Appellant Artrell Gray. Service date: 11/26/2012 US mail - Attorney for Appellee: Schultz. |
| 11/28/2012 | | Received paper copies of EBrief filed by Appellant Jonathan Morley. |
| 11/28/2012 | | Record Excerpts filed [1 VOLUMES - 6 sets] by Appellant Jonathan Morley. Service date: 11/26/2012 US mail - Attorney for Appellee: Schultz. |
| 11/29/2012 | | Received paper copies of EBrief filed by Appellant Dexter Earl Kemp. |
| 11/29/2012 | | Record Excerpts filed [1 VOLUMES - 5 sets] by Appellant Dexter Earl Kemp. Service date: 11/26/2012 US mail - Attorney for Appellee: Salyer. |
| 11/29/2012 | | Received paper copies of EBrief filed by Appellant Antwan Roshax Gray. |
| 11/29/2012 | | Record Excerpts filed [1 VOLUMES - 5 sets] by Appellant Antwan Roshax Gray. Service date: 11/26/2012 US mail - Attorney for Appellees: Salyer, Schultz. |
| 12/03/2012 | Open Document<br>6 pg, 542.98 KB | *MOTION for leave to file corrected appellant brief out of time filed by Attorney Mark C. Katzef. [6731536-1]* |
| 12/03/2012 | Open Document<br>2 pg, 41.44 KB | ORDER: The motion to file Rahman J. Jefferson's corrected appellant brief out of time is GRANTED. [6731536-2] (EEC) |
| 12/03/2012 | | Corrections to brief received on 12/03/2012 from counsel for Rahmin J. Jefferson. All deficiencies have been corrected. |
| 12/04/2012 | Open Document | *MOTION for extension of time to file appellees brief to* |

7 pg, 62.66 KB

*03/01/2013 filed by USA. Opposition to Motion is Unknown. [6732453-1] (ECF: Jeanne Mullenhoff)*

12/13/2012    Open Document
3 pg, 38.79 KB

ORDER: Motion for extension to file appellee brief filed by Appellee USA is GRANTED. [6732453-2] in 12-10990. Motion for extension to file appellee brief filed by Appellee USA is GRANTED. [6732460-2] in 12-11856 Appellees brief due on 03/01/2013. SM [12-10990, 12-11856]

01/22/2013    Open Document
8 pg, 74.2 KB

*MOTION for excess pages filed by USA. Opposition to Motion is Unknown. [6771847-1] (ECF: Jeanne Mullenhoff)*

01/22/2013    Open Document
3 pg, 60.72 KB

Appellee's AMENDED Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellee USA. (ECF: Jeanne Mullenhoff)

02/06/2013    Open Document
3 pg, 51.4 KB

ORDER: Appellee's motion for leave to file an answer brief containing up to 22,000 words is GRANTED. (EEC) [12-10990, 12-11856]

02/25/2013    Open Document
8 pg, 156.74 KB

*MOTION to adopt brief filed by Tremaine Edward Kale. Motion is Unopposed. [6801678-1] (ECF: Thomas Butler)*

02/26/2013    Open Document
1 pg, 12.03 KB

ORDER: Tremaine Kale's motion to adopt parts of briefs filed by other appellants is GRANTED. (AGW) [6801678-2]

02/28/2013    Open Document
8 pg, 73.92 KB

*MOTION for extension of time to file appellees brief to 03/08/2013 filed by USA. Opposition to Motion is Unknown. [6805491-1] (ECF: Jeanne Mullenhoff)*

02/28/2013    Open Document
3 pg, 137.09 KB

ORDER: The 2nd motion for extension of time to file the appellee's brief, up to and including March 8, 2013, is GRANTED. (SM) [12-10990, 12-11856]

03/08/2013    Open Document
117 pg, 430 KB

Appellee's Brief filed by Appellee USA. Service date: 03/08/2013 email - Attorney for Appellants: Bolz, Butler, Ginsberg, Kent, Pegg, Serafini, White; Attorney for Appellees: Mullenhoff, Salyer, Schultz; US mail - Attorney for Appellants: Katzef, do Campo; Attorney for Appellees: Ferrer, Karase, Walkins. (ECF: Jeanne Mullenhoff)

03/11/2013

Received paper copies of EBrief filed by Appellee USA in 12-10990, 12-11856. [12-10990, 12-11856]

03/15/2013    Open Document
5 pg, 92.68 KB

*MOTION for extension of time to file reply brief to 04/22/2013 filed by Tremaine Edward Kale. Motion is Unopposed. [6817705-1] (ECF: Thomas Butler)*

03/21/2013    Open Document
3 pg, 53.84 KB

ORDER: The motions for extension of time to file the reply briefs of Appellants Artrell Gray, Jonathan Morley, Dexter Kemp, Rahmin Jefferson, Antwan Gray and Shaheed Thompson, up to and including April 22, 2013, are GRANTED.(RB) [12-10990, 12-11856]--[Edited 03/26/2013 by JC]

03/21/2013    Open Document
8 pg, 242.61 KB

*MOTION for extension of time to file reply brief to 04/22/2013 at 11:59 pm filed by Saheed Rasheed Thompson. Opposition to Motion is Unknown. [6823061-1] (ECF: William Kent)*

03/21/2013    Open Document

Notice to Court of the Government's Non-opposition to Saheed

4 pg, 147.29 KB

Thompson's Motion for Extension of Time to File Reply Brief filed by Attorney William Mallory Kent for Appellant Saheed Rasheed Thompson. (ECF: William Kent)

| 03/28/2013 | Open Document 2 pg, 116.89 KB | CJA 20 voucher issued by this court to Attorney Orlando do Campo for Appellant Artrell Gray. |

04/01/2013 — Open Document 1 pg, 177.13 KB

Certificate of Readiness filed as to Appellants Antwan Roshax Gray, Artrell Gray, Rahmin J. Jefferson, Tremaine Edward Kale, Dexter Earl Kemp, Jonathan Morley and Saheed Rasheed Thompson in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856]

04/01/2013

Record on Appeal filed. Pleadings, 8 volumes; Transcript, 67 volumes; Exhibits, 1 Folder; Exhibits, 1 Sealed Folder; Pre-Sentence Report (8 ) [12-10990, 12-11856]

04/02/2013 — Open Document 3 pg, 50.85 KB

ORDER: The motion for extension of time to file Saheed Thompson's reply brief, up to and including April 22, 2013, is GRANTED. (RB)

04/12/2013 — Open Document 7 pg, 238.63 KB

*MOTION for extension of time to file reply brief to 04/24/2013 at 11:59 pm filed by Saheed Rasheed Thompson. Motion is Unopposed. [6841711-1] (ECF: William Kent)*

04/15/2013 — Open Document 3 pg, 51.08 KB

ORDER: The 2nd motion for extension of time to file Saheed Thompson's reply brief, up to and including April 24, 2013, is GRANTED. (RB) [12-10990, 12-11856]

04/15/2013

***ENTERED IN ERROR***Confirmation letter for a 7-day extension filed by Appellant Jonathan Morley.--[Edited 04/15/2013 by AGW] (ECF: Ivy Ginsberg)

04/15/2013

Notice of deficient Motion filed by Ivy R. Ginsberg for Jonathan Morley. Incorrect Document Attached to Event. A motion is attached instead of the confirmation letter. If you are trying to file a motion. Go to the motions section and choose the appropriate extension.

04/15/2013 — Open Document 7 pg, 53.64 KB

*TIME SENSITIVE MOTION for extension of time to file reply brief to 04/29/2013 at 05:00 pm filed by Jonathan Morley. Motion is Unopposed. [6842729-1] (ECF: Ivy Ginsberg)*

04/19/2013 — Open Document 3 pg, 50.62 KB

ORDER: The 2nd motion for extension of time to file Jonathan Morley's reply brief, up to and including April 29, 2013, is GRANTED. (RB) [12-10990, 12-11856]

04/22/2013 — Open Document 22 pg, 65.62 KB

Reply Brief filed by Appellant Antwan Roshax Gray. Service date: 04/22/2013 US mail - Attorney for Appellees: Ferrer, Karase, Walkins; email - Attorney for Appellees: Mullenhoff, Salyer, Schultz. (ECF: Richard Serafini)

04/22/2013 — Open Document 15 pg, 233.84 KB

Reply Brief filed by Appellant Tremaine Edward Kale. Service date: 04/22/2013 email - Attorney for Appellees: Ferrer, Karase, Mullenhoff, Salyer, Schultz, Walkins. (ECF: Thomas Butler)

04/22/2013 — Open Document 18 pg, 239.6 KB

Reply Brief filed by Appellant Artrell Gray. Service date: 04/22/2013 US mail - Attorney for Appellees: Ferrer, Karase,

|            |                          |                                                                                                                                                                                                                          |
|------------|--------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                          | Mullenhoff, Salyer, Schultz, Walkins. (ECF: Orlando do Campo)                                                                                                                                                              |
| 04/22/2013 | Open Document<br>20 pg, 64.2 KB | Reply Brief filed by Appellant Dexter Earl Kemp. Service date: 04/22/2013 US mail - Attorney for Appellees: Ferrer, Karase, Walkins; email - Attorney for Appellees: Mullenhoff, Salyer, Schultz. (ECF: Allen Pegg) |
| 04/24/2013 | Open Document<br>2 pg, 143.36 KB | Notice to Court that Appellant Saheed Thompson Will Not Be Filing Reply Brief filed by Attorney William Mallory Kent for Appellant Saheed Rasheed Thompson. (ECF: William Kent)                                        |
| 04/24/2013 |                          | Received paper copies of EBrief filed by Appellant Artrell Gray.                                                                                                                                                          |
| 04/24/2013 |                          | Received paper copies of EBrief filed by Appellant Antwan Roshax Gray.                                                                                                                                                    |
| 04/24/2013 |                          | Received paper copies of EBrief filed by Appellant Tremaine Edward Kale.                                                                                                                                                  |
| 04/25/2013 |                          | Received paper copies of EBrief filed by Appellant Dexter Earl Kemp.                                                                                                                                                      |
| 04/29/2013 | Open Document<br>34 pg, 165.35 KB | Reply Brief filed by Appellant Jonathan Morley. Service date: 04/29/2013 US mail - Attorney for Appellees: Ferrer, Karase, Walkins; email - Attorney for Appellees: Mullenhoff, Salyer, Schultz. (ECF: Ivy Ginsberg) |
| 05/01/2013 |                          | Received paper copies of EBrief filed by Appellant Jonathan Morley.                                                                                                                                                       |
| 06/14/2013 | Open Restricted Document<br>0 pg, 0 KB | Assigned to tentative calendar number 4 in Miami during the week of November 4, 2013. [12-12538, 12-15089, 12-15924, 12-16561, 12-15994, 12-14048, 13-10153, 11-13558, 12-14518, 13-10257, 12-16340, 12-14633, 12-15093, 12-16489, 12-16082, 12-10990, 12-11856] |
| 06/18/2013 |                          | *MOTION Enlarge the time for oral argument. Consolidated with Case No. 12-11856 filed by Jonathan Morley. Opposition to Motion is Unknown. [6898647-1]* (ECF: Ivy Ginsberg)                                                |
| 06/18/2013 | Open Document<br>6 pg, 53.34 KB | *Amended Motion [6898647-2] filed by Appellant Jonathan Morley.* (ECF: Ivy Ginsberg)                                                                                                                                 |
| 08/01/2013 | Open Restricted Document<br>1 pg, 15.01 KB | Calendar issued as to cases to be orally argued the week of 11/04/2013 in Miami, Florida. Counsel are directed to electronically acknowledge receipt of this calendar by docketing the Calendar Receipt Acknowledged event in ECF. |
| 08/01/2013 |                          | Attorney William Mallory Kent for Appellant Saheed Rasheed Thompson in 12-10990, 12-11493 hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. William Mallory Kent - 904-398-8000 will present argument. [12-10990, 12-11493] (ECF: William Kent) |
| 08/01/2013 |                          | Attorney Kathleen Mary Salyer for Appellee USA in 12-10990, 12-11856 hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Jeanne M. Mullenhoff, (305) 961-9019 will present argument. [12-10990, 12-10991, 12- |

10992, 12-11129, 12-11233, 12-11493, 12-11856, 12-11916]
(ECF: Kathleen Salyer)

| | |
|---|---|
| 08/01/2013 | Attorney Ivy R. Ginsberg for Appellant Jonathan Morley hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Ivy R. Ginsberg (305) 931-7408 will present argument. [12-10990, 12-10991] (ECF: Ivy Ginsberg) |
| 08/01/2013 | Attorney Thomas John Butler for Appellant Tremaine Edward Kale hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Thomas Butler, 305-673-3332 will present argument. [12-10990, 12-10992] (ECF: Thomas Butler) |
| 08/14/2013 | Oral argument scheduled. Argument Date: Wednesday, 11/06/2013 Argument Location: Miami, FL. |
| 08/22/2013 📄 Open Document 2 pg, 41.85 KB | ORDER: Motion filed by Appellant Jonathan Morley is GRANTED. John Ley entered for the Court by direction. [6898647-2] in 12-10990 [12-10990, 12-11856] |
| 09/06/2013 📄 Open Document 12 pg, 308.2 KB | *MOTION to file a supplement brief filed by Tremaine Edward Kale. Opposition to Motion is Unknown. [6966309-1] (ECF: Thomas Butler)* |
| 09/19/2013 📄 Open Document 5 pg, 56.51 KB | *TIME SENSITIVE MOTION to file a supplement brief filed by Jonathan Morley. Motion is Opposed. [6977761-1] (ECF: Ivy Ginsberg)* |
| 09/19/2013 📄 Open Document 19 pg, 121.16 KB | Appellant's Supplemental Brief filed by Appellant Jonathan Morley. Service date: 09/19/2013 US mail - Attorney for Appellees: Ferrer, Karase, Walkins; email - Attorney for Appellees: Mullenhoff, Salyer, Schultz. (ECF: Ivy Ginsberg) |
| 09/26/2013 | Attorney Jeanne Marie Mullenhoff for Appellee USA hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Jeanne M. Mullenhoff 305 961 9019 will present argument. (ECF: Jeanne Mullenhoff) |
| 09/27/2013 📄 Open Document 11 pg, 50.37 KB | RESPONSE to Motion to file supplemental brief filed by Appellant Jonathan Morley in 12-10990 [6977761-2] filed by Attorney Jeanne Marie Mullenhoff for Appellee USA. (ECF: Jeanne Mullenhoff) |
| 09/30/2013 | Record on Appeal filed. Exhibit Folder, 2 volumes [12-10990, 12-11856] |
| 09/30/2013 📄 Open Document 7 pg, 17.96 KB | *MOTION to adopt brief filed by Dexter Earl Kemp. Opposition to Motion is Unknown. [6986853-1] (ECF: Allen Pegg)* |
| 10/03/2013 📄 Open Document 4 pg, 90.78 KB | ORDER: Motion to file supplemental brief filed by Appellant Tremaine Edward Kale is CARRIED with the Case. [6966309-2] in 12-10990. Motion to file supplemental brief filed by Appellant Jonathan Morley is CARRIED with the Case, J. Ley by direction. [6977761-2] in 12-10990 [12-10990, 12-11856] |
| 10/04/2013 📄 Open Document 3 pg, 55.2 KB | ORDER: Motion to adopt brief filed by Appellant Dexter Earl Kemp is CARRIED with the Case. J. Ley for the Court. [6986853-2] in 12-10990 [12-10990, 12-11856] |

| | | |
|---|---|---|
| 11/04/2013 | **Open Document**<br>2 pg, 68.11 KB | Supplemental Authority filed by Attorney Jeanne Marie Mullenhoff for Appellee USA. (ECF: Jeanne Mullenhoff) |
| 11/06/2013 | | Oral argument held. Oral Argument participants were Thomas John Butler for Appellant Tremaine Edward Kale, Ivy R. Ginsberg for Appellant Jonathan Morley, Allen P. Pegg for Appellant Dexter Earl Kemp, Richard Aldo Serafini for Appellant Antwan Roshax Gray, Orlando do Campo for Appellant Artrell Gray and Jeanne Marie Mullenhoff for Appellee USA in 12-10990, Faith Mesnekoff for Appellant Shaheed Rashard Thompson and Jeanne Marie Mullenhoff for Appellee USA in 12-11856. [12-10990, 12-11856] |
| 11/15/2013 | **Open Document**<br>57 pg, 198.45 KB | Opinion issued by court as to Appellant Antwan Roshax Gray in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. Decision: Affirmed. Opinion type: Non-Published. Opinion method: Per Curiam. [12-10990, 12-11856] (12-10991X, 12-10992X, 12-11129X, 12-11233X, 12-11493X, 12-11916X) |
| 11/15/2013 | **Open Document**<br>2 pg, 10.07 KB | Judgment entered as to Appellant Antwan Roshax Gray in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856] (12-10991X, 12-10992X, 12-11129X, 12-11233X, 12-11493X, 12-11916X) |
| 11/26/2013 | **Open Document**<br>6 pg, 53.83 KB | *TIME SENSITIVE MOTION for extension of time to file request for rehearing to 12/13/2013 at 06:00 pm filed by Jonathan Morley. Motion is Unopposed. [7033646-1]* (ECF: Ivy Ginsberg) |
| 11/26/2013 | **Open Document**<br>1 pg, 12.1 KB | ORDER: The motion for extension of time to file petitions for rehearing, up to and including December 13, 2013, is GRANTED. (AGW) [7033646-2] |
| 12/05/2013 | **Open Document**<br>24 pg, 1.4 MB | Petition for rehearing en banc filed by Appellant Rahmin J. Jefferson. |
| 12/05/2013 | **Open Document**<br>6 pg, 695.67 KB | Public Communication: The appellant's "Motion Requesting Permission to Proceed Pro-Se and In Forma Pauperis with Filing for Rehearing...," is being returned to him unfiled because it is unnecessary. |
| 12/11/2013 | **Open Document**<br>7 pg, 55.55 KB | *TIME SENSITIVE MOTION for extension of time to file request for rehearing to 01/03/2014 at 06:00 pm filed by Jonathan Morley. Motion is Unopposed. [7045451-1]* (ECF: Ivy Ginsberg) |
| 12/17/2013 | **Open Document**<br>3 pg, 47.44 KB | ORDER: Appellants Artrell Terrance Gray, Jonathan Giovanni Morley, Tremaine Edward Kale, Dexter Earl Kemp, Antwan Roshax Gray and Shaheed Richard Thompson's 2nd motion for extension of time to file requests for rehearing, up to and including January 3, 2014, is GRANTED. (PTF) [12-10990, 12-11856] |
| 12/23/2013 | **Open Document**<br>19 pg, 1.16 MB | Petition for rehearing en banc filed by Appellant Jonathan Morley. |
| 02/24/2014 | **Open Document**<br>1 pg, 40.27 KB | Notice of Writ of Certiorari filed as to Appellant Saheed Rasheed Thompson. SC# 13-8797. |

| Date | | Description |
|---|---|---|
| 03/24/2014 | Open Document<br>2 pg, 52.96 KB | Writ of Certiorari filed as to Appellant Saheed Rasheed Thompson is DENIED. SC# 13-8797. |
| 03/28/2014 | Open Document<br>2 pg, 9.39 KB | Notice of Change of Law Firm and Contact Information filed by Attorney Allen P. Pegg for Appellant Dexter Earl Kemp. (ECF: Allen Pegg) |
| 04/25/2014 | Open Document<br>1 pg, 40.85 KB | Notice of Writ of Certiorari filed as to Appellants Antwan Roshax Gray and Artrell Gray. SC# 13-9889. |
| 05/22/2014 | Open Document<br>3 pg, 53.85 KB | ORDER: The Petitions for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled, the Petitions for Rehearing En Banc are DENIED. [7175270-1] |
| 05/27/2014 | Open Document<br>2 pg, 75.41 KB | Writ of Certiorari filed as to Appellants Antwan Roshax Gray and Artrell Gray is DENIED. SC# 13-8797. |
| 06/02/2014 | Open Document<br>3 pg, 24.2 KB | Mandate issued as to Appellants Antwan Roshax Gray, Artrell Gray, Rahmin J. Jefferson, Tremaine Edward Kale, Dexter Earl Kemp, Jonathan Morley and Saheed Rasheed Thompson in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856] |
| 06/03/2014 | Open Document<br>1 pg, 12.75 KB | RECORD RETURNED. Seventy-Five volumes of record on appeal, One box of exhibits.All in 5 boxes returned to District Court. |
| 06/11/2014 | Open Document<br>1 pg, 12.64 KB | RECORD RETURNED. One volume of record on appeal returned to District Court. |
| 06/20/2014 | Open Document<br>15 pg, 1.83 MB | Public Communication: Saheed Thompson's untimely motion to join petitions for rehearing is being returned to him unfiled. |
| 07/31/2014 | Open Document<br>22 pg, 1.31 MB | *MOTION to recall mandate filed by Appellant Saheed Rasheed Thompson. [7233359-1]* |
| 07/31/2014 | Open Document<br>4 pg, 415.36 KB | RETURNED UNFILED:The motion to proceed in forma pauperis filed by Saheed Rasheed Thompson is returned unfiled because it is unnecessary. |
| 08/26/2014 | Open Document<br>2 pg, 108.04 KB | CJA 20 voucher issued by this court to Attorney Allen P. Pegg for Appellant Dexter Earl Kemp. |
| 08/29/2014 | Open Document<br>2 pg, 36.36 KB | ORDER: Appellant Saheed Thompson's motion to recall the mandate is DENIED. [7233359-2] (PTF) |
| 09/15/2014 | Open Document<br>6 pg, 452.18 KB | *MOTION for reconsideration of single judge's order entered on 08/29/2014 filed by Appellant Saheed Rasheed Thompson. Opposition to Motion is Unknown [7271327-1]* |
| 09/15/2014 | | Notice of deficient Motion filed by Allen P. Pegg for Dexter Earl Kemp. The motion to exceed... should not have been e-filed, ONLY send in paper which we have. |
| 09/16/2014 | | Public Communication: Note from Asst. Supervisor Docket Entry removed pursuant to CJA instructions. (motion to exceed cap...). |
| 10/08/2014 | Open Document<br>3 pg, 53.66 KB | CORRECTED ORDER***: Appellant Saheed Rasheed Thompson's "Motion for Review of Single Judge's Opinion." |

which is construed as a motion for reconsideration of the
Court's August 29, 2014, order denying his motion to recall the
mandate, is DENIED. [7271327-2] (EEC, CRW and PTF)--
[Edited 10/09/2014 by JC]

Clear All

- **Documents and Docket Summary**
  **Documents Only**

  **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/01/2018 16:50:53 | | | |
| **PACER Login:** | lizbiz18:5344547:0 | **Client Code:** | cmc. |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 12-10990 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

EXHIBIT 2:
COURT OF APPEALS DOCKET NO. 12-11856

## General Docket
## United States Court of Appeals for the Eleventh Circuit

| **Court of Appeals Docket #:** 12-11856 | |
|---|---|
| USA v. Shaheed Thompson | **Docketed:** 04/09/2012 |
| **Appeal From:** Southern District of Florida | **Termed:** 11/15/2013 |
| **Fee Status:** IFP Granted | **Case Handler:** Cohen, Julie F., CC |
| | (404) 335-6170 |

**Case Type Information:**
  1) Criminal
  2) Direct Criminal
  3) -

**Originating Court Information:**
  **District:** 113C-1 : 1:10-cr-20410-JAL-14
  **Court Reporter:** Lisa Edwards
  **Court Reporter:** Larry Herr
  **Court Reporter:** Unknown Reporter
  **Sentencing Judge:** Joan A. Lenard, Senior U.S. District Court Judge
  **Date Filed:** 06/01/2010
  **Date NOA Filed:**
  04/04/2012

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 12-10990 | 12-11856 | 10/16/2012 | |
| Multi-Appeal | | | | |
| | 12-10990 | 12-10991 | 02/27/2012 | |
| | 12-10990 | 12-10992 | 02/27/2012 | |
| | 12-10990 | 12-11129 | 03/02/2012 | |
| | 12-10990 | 12-11233 | 03/07/2012 | |
| | 12-10990 | 12-11493 | 03/21/2012 | |
| | 12-10990 | 12-11916 | 04/11/2012 | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | Jeanne Marie Mullenhoff |
| | Plaintiff - Appellee | Direct: 305-961-9019 |
| | | [COR LD NTC US Attorney] |
| | | U.S. Attorney's Office |
| | | Firm: 305-961-9295 |
| | | 99 NE 4TH ST STE 523 |
| | | MIAMI, FL 33132 |
| | | |
| | | Anne Ruth Schultz |
| | | [COR LD NTC US Attorney] |
| | | U.S. Attorney's Office |
| | | Firm: 305-961-9295 |
| | | 99 NE 4TH ST STE 523 |
| | | MIAMI, FL 33132 |

Wifredo A. Ferrer
[NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Juan Antonio Gonzalez, Jr.
Direct: 305-715-7640
[NTC US Attorney]
U.S. Attorney's Office
STE 101
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Kelly S. Karase
Direct: 305-715-7642
[NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Kathleen Mary Salyer
[COR NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

Arimentha R. Walkins
Direct: 305-961-9091
[NTC US Attorney]
U.S. Attorney's Office
Firm: 305-961-9295
99 NE 4TH ST STE 523
MIAMI, FL 33132

versus

SHAHEED RASHARD THOMPSON, a.k.a. Heed
Defendant - Appellant

Faith Mesnekoff
Direct: 786-497-7071
[COR LD NTC CJA Appointment -
DC]
Mesnekoff Law Office
Firm: 786-497-7071
9100 S DADELAND BLVD STE
1500
MIAMI, FL 33156

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

versus

SHAHEED RASHARD THOMPSON,
a.k.a. Heed,

                       Defendant - Appellant.

| Date | Document | Description |
|---|---|---|
| 04/09/2012 | Open Document<br>3 pg, 286.26 KB | CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Shaheed Rashard Thompson on 04/04/2012. Fee Status: IFP Granted. |
| 04/24/2012 | Open Document<br>3 pg, 153.25 KB | CJA 20 voucher issued by this court to Attorney Faith Mesnekoff for Appellant Shaheed Rashard Thompson. |
| 04/30/2012 | Open Document<br>1 pg, 499.62 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Shaheed R. Thompson, Unknown Reporter, Motion Hearing 06/18/2010 ; Transcript Order: Shaheed R. Thompson, Larry Herr, Motion Hearing 11/01/2010. |
| 05/04/2012 | Open Document<br>1 pg, 55.26 KB | APPEARANCE of Counsel Form filed by Anne Ruth Schultz for USA. (ECF: Anne Schultz) |
| 05/15/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Unknown Reporter, Filer: Shaheed R. Thompson, Dt. all Trans. Filed: 05/14/2012, Proceeding Type and Date: Motion Hearing 06/18/2010 |
| 05/18/2012 | Open Document<br>1 pg, 33.54 KB | Court Reporter acknowledgment not filed. Letter issued to Court Reporter Larry Herr as to Appellant Shaheed Rashard Thompson. Transcript is due to be filed in District Court 30 days from 04/19/2012. |
| 06/05/2012 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Larry Herr, Filer: Shaheed R. Thompson, Dt. all Trans. Filed: 05/24/2012, Proceeding Type and Date: Motion Hearing 11/01/2010 |
| 06/05/2012 | Open Document<br>2 pg, 42.21 KB | Briefing Notice issued to Appellant Shaheed Rashard Thompson. The appellant brief and record excerpts are due on or before 07/03/2012. |
| 06/25/2012 | Open Document<br>6 pg, 446.41 KB | *MOTION for extension of time to file appellant's brief filed by Attorney Faith Mesnekoff. [6599768-1]* |
| 06/29/2012 | Open Document<br>2 pg, 208.03 KB | ORDER: The motion for extension of time to file the appellant's brief and record excerpts, up to and including September 4, 2012, is GRANTED. [6599768-2] (JLE) |
| 07/16/2012 | Open Document<br>8 pg, 226.91 KB | *MOTION to adopt motions or responses filed by Appellant Shaheed Rashard Thompson. Motion is Unopposed [6617636-1]* (ECF: Faith Mesnekoff) |
| 07/23/2012 | Open Document<br>17 pg, 489.17 KB | *MOTION for extension of time to file appellants brief to 10/22/2012 at 04:00 pm. filed by Appellant Shaheed Rashard Thompson. Motion is Unopposed [6623468-1]* (ECF: Faith Mesnekoff) |
| 07/25/2012 | Open Document<br>2 pg, 197.35 KB | ORDER: The 2nd motion for extension of time to file the Appellant's brief and record excerpts, up to and including October 22, 2012, is GRANTED. [6623468-2] [6617636-2] (FMH) |
| 10/09/2012 | Open Document<br>7 pg, 59.95 KB | *MOTION to consolidate appeals 12-11856, 12-10990 filed by Appellant Shaheed Rashard Thompson. Motion is Unopposed [6685391-1]* (ECF: Faith Mesnekoff) |
| 10/09/2012 | | *(RETURNED UNFILED) MOTION for extension of time to file* |

*appellants brief to 11/13/2012 at 06:00 pm. filed by Appellant Shaheed Rashard Thompson. Motion is Unopposed [6685392-1]--[Edited 10/11/2012 by JC] (ECF: Faith Mesnekoff)*

| | |
|---|---|
| 10/11/2012   Open Document<br>1 pg, 33.26 KB | Motion for extension to file appellant brief [6685392-2] received from Attorney Faith Mesnekoff for Appellant Shaheed Rashard Thompson is returned unfiled because the motion to consolidate appeals stays the briefing schedule. |
| 10/15/2012   Open Document<br>7 pg, 57.6 KB | Notice of filing to indicate that the co-defendant/appellants have no objection to Mr. Thompson's Motion to Consolidate his appeal with theirs filed by Attorney Faith Mesnekoff for Appellant Shaheed Rashard Thompson. (ECF: Faith Mesnekoff) |
| 10/16/2012   Open Document<br>1 pg, 32.99 KB | ORDER: The motion to consolidate appeals 12-11856 and 12-10990 is GRANTED. (AGW) [6685391-2] |
| 10/18/2012   Open Document<br>1 pg, 32.94 KB | Public Communication: A corrected copy of the court's October 12th order is being sent to the attorneys. [12-10990, 12-11856] |
| 10/19/2012   Open Document<br>1 pg, 120.46 KB | APPEARANCE of Counsel Form filed by Jeanne M. Mullenhoff for USA (ECF: Jeanne Mullenhoff) |
| 10/19/2012 | Added Attorney Jeanne Marie Mullenhoff for Appellee USA. [12-10990, 12-11856] |
| 11/26/2012   Open Document<br>61 pg, 234.07 KB | Appellant's brief filed by Shaheed Rashard Thompson. Service date: 11/26/2012 [12-11856] Attorney for Appellant: Mesnekoff - email; Attorney for Appellee: Ferrer - US mail; Attorney for Appellee: Gonzalez - US mail; Attorney for Appellee: Karase - US mail; Attorney for Appellee: Mullenhoff - email; Attorney for Appellee: Schultz - email; Attorney for Appellee: Walkins - US mail. (ECF: Faith Mesnekoff) |
| 11/28/2012 | Received paper copies of EBrief filed by Appellant Shaheed Rashard Thompson in 12-11856. [12-11856, 12-10990] |
| 11/28/2012 | Record Excerpts filed [1 VOLUME - 5 sets] by Appellant Shaheed Rashard Thompson in 12-11856. Service date: 11/26/2012 US mail - Attorney for Appellee: Schultz. [12-11856, 12-10990] |
| 12/04/2012   Open Document<br>7 pg, 62.66 KB | *MOTION for extension of time to file appellees brief to 03/01/2013 filed by USA. Opposition to Motion is Unknown. [6732460-1] (ECF: Jeanne Mullenhoff)* |
| 12/13/2012   Open Document<br>3 pg, 38.79 KB | ORDER: Motion for extension to file appellee brief filed by Appellee USA is GRANTED. [6732453-2] in 12-10990. Motion for extension to file appellee brief filed by Appellee USA is GRANTED. [6732460-2] in 12-11856 Appellees brief due on 03/01/2013. SM [12-10990, 12-11856] |
| 01/22/2013   Open Document<br>8 pg, 74.2 KB | *MOTION for excess pages filed by USA. Opposition to Motion is Unknown. [6771857-1] (ECF: Jeanne Mullenhoff)* |
| 01/22/2013   Open Document<br>3 pg, 60.72 KB | Appellee's AMENDED Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellee USA. (ECF: |

Jeanne Mullenhoff)

| 02/06/2013 | Open Document<br>3 pg, 51.4 KB | ORDER: Appellee's motion for leave to file an answer brief containing up to 22,000 words is GRANTED. (EEC) [12-10990, 12-11856] |
| 02/28/2013 | Open Document<br>8 pg, 73.92 KB | *MOTION for extension of time to file appellees brief to 03/08/2013 filed by USA. Opposition to Motion is Unknown. [6805499-1]* (ECF: Jeanne Mullenhoff) |
| 02/28/2013 | Open Document<br>3 pg, 137.09 KB | ORDER: The 2nd motion for extension of time to file the appellee's brief, up to and including March 8, 2013, is GRANTED. (SM) [12-10990, 12-11856] |
| 03/08/2013 | Open Document<br>1 pg, 200.77 KB | APPEARANCE of Counsel Form filed by Kathleen M. Salyer for USA (ECF: Kathleen Salyer) |
| 03/08/2013 | | Added Attorney Kathleen Mary Salyer for Appellee USA, in case 12-11856. |
| 03/08/2013 | Open Document<br>117 pg, 430 KB | Appellee's Brief filed by Appellee USA. Service date: 03/08/2013 email - Attorney for Appellant: Mesnekoff; Attorney for Appellees: Mullenhoff, Salyer, Schultz; US mail - Attorney for Appellees: Ferrer, Gonzalez, Karase, Walkins. (ECF: Jeanne Mullenhoff) |
| 03/11/2013 | | Received paper copies of EBrief filed by Appellee USA in 12-10990, 12-11856. [12-10990, 12-11856] |
| 03/15/2013 | Open Document<br>8 pg, 65.81 KB | *MOTION for extension of time to file reply brief to 04/22/2013 filed by Shaheed Rashard Thompson. Motion is Unopposed. [6817766-1]* (ECF: Faith Mesnekoff) |
| 03/21/2013 | Open Document<br>3 pg, 53.84 KB | ORDER: The motions for extension of time to file the reply briefs of Appellants Artrell Gray, Jonathan Morley, Dexter Kemp, Rahmin Jefferson, Antwan Gray and Shaheed Thompson, up to and including April 22, 2013, are GRANTED.(RB) [12-10990, 12-11856]--[Edited 03/26/2013 by JC] |
| 04/01/2013 | Open Document<br>1 pg, 177.13 KB | Certificate of Readiness filed as to Appellants Antwan Roshax Gray, Artrell Gray, Rahmin J. Jefferson, Tremaine Edward Kale, Dexter Earl Kemp, Jonathan Morley and Saheed Rasheed Thompson in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856] |
| 04/01/2013 | | Record on Appeal filed. Pleadings, 8 volumes; Transcript, 67 volumes; Exhibits, 1 Folder; Exhibits, 1 Sealed Folder; Pre-Sentence Report (8 ) [12-10990, 12-11856] |
| 04/15/2013 | Open Document<br>3 pg, 51.08 KB | ORDER: The 2nd motion for extension of time to file Saheed Thompson's reply brief, up to and including April 24, 2013, is GRANTED. (RB) [12-10990, 12-11856] |
| 04/19/2013 | Open Document<br>3 pg, 50.62 KB | ORDER: The 2nd motion for extension of time to file Jonathan Morley's reply brief, up to and including April 29, 2013, is GRANTED. (RB) [12-10990, 12-11856] |
| 04/22/2013 | Open Document<br>26 pg, 130.25 KB | Reply Brief filed by Appellant Shaheed Rashard Thompson. Service date: 04/22/2013 email - Attorney for Appellees: |

| | |
|---|---|
| | Mullenhoff, Salyer, Schultz; US mail - Attorney for Appellee: Schultz. (ECF: Faith Mesnekoff) |
| 04/25/2013 | Received paper copies of EBrief filed by Appellant Shaheed Rashard Thompson. |
| 06/14/2013   📄 Open Restricted Document <br> 0 pg, 0 KB | Assigned to tentative calendar number 4 in Miami during the week of November 4, 2013. [12-12538, 12-15089, 12-15924, 12-16561, 12-15994, 12-14048, 13-10153, 11-13558, 12-14518, 13-10257, 12-16340, 12-14633, 12-15093, 12-16489, 12-16082, 12-10990, 12-11856] |
| 07/16/2013 | ***Docketing error*MOTION enlargement of time for oral argument filed by Shaheed Rashard Thompson. Government takes no position on the motion. [6922271-1]--[Edited 07/16/2013 by JC]--[Edited 07/16/2013 by JC] (ECF: Faith Mesnekoff) |
| 07/16/2013   📄 Open Document <br> 8 pg, 65.47 KB | MOTION corrected motion for enlargement of time for oral argument filed by Shaheed Rashard Thompson. Government takes no position on the motion. [6922312-1]--[Edited 07/16/2013 by JC] (ECF: Faith Mesnekoff) |
| 08/01/2013   📄 Open Restricted Document <br> 1 pg, 15 KB | Calendar issued as to cases to be orally argued the week of 11/04/2013 in Miami, Florida. Counsel are directed to electronically acknowledge receipt of this calendar by docketing the Calendar Receipt Acknowledged event in ECF. |
| 08/01/2013 | Attorney Kathleen Mary Salyer for Appellee USA in 12-10990, 12-11856 hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Jeanne M. Mullenhoff, (305) 961-9019 will present argument. [12-10990, 12-10991, 12-10992, 12-11129, 12-11233, 12-11493, 12-11856, 12-11916] (ECF: Kathleen Salyer) |
| 08/12/2013 | Attorney Faith Mesnekoff for Appellant Shaheed Rashard Thompson hereby acknowledges receipt of a copy of the printed calendar for 11/06/2013. Faith Mesnekoff 305-443-1600 will present argument. (ECF: Faith Mesnekoff) |
| 08/14/2013 | Oral argument scheduled. Argument Date: Wednesday, 11/06/2013 Argument Location: Miami, FL. |
| 08/22/2013   📄 Open Document <br> 2 pg, 41.85 KB | ORDER: Motion filed by Appellant Jonathan Morley is GRANTED. John Ley entered for the Court by direction. [6898647-2] in 12-10990 [12-10990, 12-11856] |
| 09/17/2013   📄 Open Document <br> 19 pg, 145.37 KB | MOTION to file a supplement brief filed by Shaheed Rashard Thompson. Motion is Opposed. [6975517-1] (ECF: Faith Mesnekoff) |
| 09/27/2013   📄 Open Document <br> 11 pg, 50.37 KB | RESPONSE to Motion to file supplemental brief filed by Appellant Shaheed Rashard Thompson in 12-11856 [6975517-2] filed by Attorney Jeanne Marie Mullenhoff for Appellee USA. (ECF: Jeanne Mullenhoff) |
| 09/30/2013 | Record on Appeal filed. Exhibit Folder, 2 volumes [12-10990, 12-11856] |
| 10/03/2013   📄 Open Document | ORDER: Motion to file supplemental brief filed by Appellant |

| | | |
|---|---|---|
| | 4 pg, 90.78 KB | Tremaine Edward Kale is CARRIED with the Case. [6966309-2] in 12-10990. Motion to file supplemental brief filed by Appellant Jonathan Morley is CARRIED with the Case. J. Ley by direction. [6977761-2] in 12-10990 [12-10990, 12-11856] |
| 10/04/2013 | Open Document<br>3 pg, 55.2 KB | ORDER: Motion to adopt brief filed by Appellant Dexter Earl Kemp is CARRIED with the Case. J. Ley for the Court. [6986853-2] in 12-10990 [12-10990, 12-11856] |
| 11/04/2013 | Open Document<br>2 pg, 68.11 KB | Supplemental Authority filed by Attorney Jeanne Marie Mullenhoff for Appellee USA. (ECF: Jeanne Mullenhoff) |
| 11/06/2013 | | Oral argument held. Oral Argument participants were Thomas John Butler for Appellant Tremaine Edward Kale, Ivy R. Ginsberg for Appellant Jonathan Morley, Allen P. Pegg for Appellant Dexter Earl Kemp, Richard Aldo Serafini for Appellant Antwan Roshax Gray, Orlando do Campo for Appellant Artrell Gray and Jeanne Marie Mullenhoff for Appellee USA in 12-10990, Faith Mesnekoff for Appellant Shaheed Rashard Thompson and Jeanne Marie Mullenhoff for Appellee USA in 12-11856. [12-10990, 12-11856] |
| 11/15/2013 | Open Document<br>57 pg, 198.45 KB | Opinion issued by court as to Appellant Antwan Roshax Gray in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. Decision: Affirmed. Opinion type: Non-Published. Opinion method: Per Curiam. [12-10990, 12-11856] (12-10991X, 12-10992X, 12-11129X, 12-11233X, 12-11493X, 12-11916X) |
| 11/15/2013 | Open Document<br>2 pg, 10.07 KB | Judgment entered as to Appellant Antwan Roshax Gray in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856] (12-10991X, 12-10992X, 12-11129X, 12-11233X, 12-11493X, 12-11916X) |
| 11/26/2013 | Open Document<br>6 pg, 58.79 KB | *MOTION for extension of time to file request for rehearing to 12/13/2013 at 09:00 pm filed by Shaheed Rashard Thompson. Motion is Unopposed. [7034253-1]* (ECF: Faith Mesnekoff) |
| 11/27/2013 | Open Document<br>1 pg, 12.22 KB | ORDER: Shaheed Thompson's motion for extension of time to file a request for rehearing, up to and including December 13, 2013, is GRANTED. (RVG) |
| 12/17/2013 | Open Document<br>3 pg, 47.44 KB | ORDER: Appellants Artrell Terrance Gray, Jonathan Giovanni Morley, Tremaine Edward Kale, Dexter Earl Kemp, Antwan Roshax Gray and Shaheed Richard Thompson's 2nd motion for extension of time to file requests for rehearing, up to and including January 3, 2014, is GRANTED. (PTF) [12-10990, 12-11856] |
| 06/02/2014 | Open Document<br>3 pg, 24.2 KB | Mandate issued as to Appellants Antwan Roshax Gray, Artrell Gray, Rahmin J. Jefferson, Tremaine Edward Kale, Dexter Earl Kemp, Jonathan Morley and Saheed Rasheed Thompson in 12-10990, Appellant Shaheed Rashard Thompson in 12-11856. [12-10990, 12-11856] |

Clear All

- **Documents and Docket Summary**
  **Documents Only**

  **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/01/2018 22:17:30 | | | |
| **PACER Login:** | lizbiz18:5344547:0 | **Client Code:** | cmc. |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 12-11856 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

EXHIBIT 3:
PETITIONS FOR REHEARING EN BANC ORDER

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

_____

No. 12-10990-CC

_____

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

versus

ARTRELL TERRANCE GRAY,
a.k.a. Trelly,
JONATHAN GIOVANNI MORLEY,
a.k.a. Yoshi,
TREMAINE EDWARD KALE,
a.k.a. Main,
DEXTER EARL KEMP,
a.k.a. Boss,
a.k.a. Dex,
RAHMIN J. JEFFERSON,
a.k.a. "LT",
SAHEED RASHEED THOMPSON,
a.k.a. Barney,
a.k.a. Bob,
ANTWAN ROSHAX GRAY,
a.k.a. Sugie,

                           Defendants - Appellants.

_____

No. 12-11856-CC

_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

versus

SHAHEED RASHARD THOMPSON,
a.k.a. Heed,

      Plaintiff - Appellant,

---

Appeal from the United States District Court
for the Southern District of Florida

---

## ON PETITIONS FOR REHEARING AND PETITIONS FOR REHEARING EN BANC

BEFORE: CARNES, Chief Judge, WILSON and FAY, Circuit Judges.

PER CURIAM:

The Petitions for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petitions for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

_UNITED STATES CIRCUIT JUDGE_

ORD-42



FROM: Dexter Kemp 83049-004
Federal Correctional Institution
Coleman Medium
P.O Box 1032
Coleman, Fl 33521

TO:

Mr. Steven M. Larimore
Clerk of Court
U.S. District Court
Souther District of Florida
Miami Division
400 North Miami Avenue, Room 8
Miami, Fl 33128



20 1785 04

FIED*

VISIT US AT USPS.COM®

UNITED STATES